Form B18 (10/05)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 05–59906**
**Chapter 7**

In Re

Debtor*
   Conrad Frank Johnson Jr
   11331 South Prairie
   Chicago, IL 60628

Social Security No.:
   xxx–xx–4438

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                  FOR THE COURT

Dated: April 3, 2006                                Kenneth S. Gardner, Clerk
                                                          United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005).

Form B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

9906   Doc 9   Filed 04/03/06   Entered 04/06/06 00:31:45   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: lhatch            Page 1 of 1            Date Rcvd: Apr 03, 2006
Case: 05-59906                Form ID: b18            Total Served: 33
```

The following entities were served by first class mail on Apr 05, 2006.
```
db        +Conrad Frank Johnson, Jr,   11331 South Prairie,   Chicago, IL 60628-5026
aty       +David M Siegel,   David M. Siegel & Associates,   790 Chaddick Drive,   Wheeling, IL 60090-6005
tr        +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
10346903  +ADT Security Service,   14200 E. Exposition Ave.,   Aurora, CO 80012-2540
10346905  +AT&T Broadband,   1255 North Ave.,   Chicago, IL 60622-1562
10346904  +Arrow Financial Services,   7301 N. Lincoln,   Suite #220,   Chicago, IL 60712-1733
10346906  +Bally Total Fitness,   300 E. Joppa Rd.,   Baltimore, MD 21288-0001
10346907  +Banker's Trust Company,   c/o Pierce & Assoc.,   1 N. Dearborn, Suite 1300,
            Chicago, IL 60602-4331
10346908  +Capital One Bank,   PO Box 85015,   Richmond, VA 23285-5015
10346909  +Centura Bank,   PO Box 500,   Rocky Mount, NC 27802-0500
10346910  +Chase Manhattan,   PO Box 52188,   Phoenix, AZ 85072-2188
10346911  +Check Plus Systems,   c/o W & W,   500 W. Madison St., Ste. 2910,   Chicago, IL 60661-4571
10346912  +Chicago Family Health Ctr.,   556 E. 115th St.,   Chicago, IL 60628-5740
10346913  +Citi Financial,   11436 Cronhill Dr., S H-K,   Owings Mills, MD 21117-2285
10346914  +Citi Financial,   472 Hwy 70 West,   Suite 472,   Havelock, NC 28532-9509
10346915  +Coastal Data,   1402 Neuse Blvd.,   New Bern, NC 28560-4629
10346916  +Coastal Dermatology,   c/o Security Collections,   3803B Computer Dr., Suite 100,
            Raleigh, NC 27609-6503
10346917  +Comcast,   c/o Creditprot,   13355 Noel Rd., 21st Floor,   Dallas, TX 75240-6602
10346918  +Craven Regional Medical Center,   PO Box 12157,   New Bern, NC 28561-2157
10346920  +DISH Network,   Dept 0063,   Palatine, IL 60055-0001
10346921  +DRS Bonded Collection,   6906 Plainfield Rd.,   Cincinnati, OH 45236-3796
10346919  +Department of Education,   2505 S. Finley Rd.,   Lombard, IL 60148-4867
10346923  +Hollywood Video,   c/o Credit Protection,   13355 Noel Rd., 21st Flr.,   Dallas, TX 75240-6602
10346924  +Home Shopping Network,   PO Box 9090,   Clearwater, FL 33758-9090
10346925  +Ice Mountain Water,   2767 E. Imperial Highway,   Brea, CA 92821-6713
10346926  +Jackson Park Hospital,   7531 S. Stony Island,   Chicago, IL 60649-3993
10346927  +MCI,   PO Box 600607,   Jacksonville, FL 32260-0607
10346928  +Peoples Energy,   130 E. Randolph Drive,   Chicago, IL 60601-6302
10346929  +Roseland Community Hospital,   45 W. 111th St.,   Chicago, IL 60628-4294
10346930   Sprint,   c/o Recovery Solutions LLC,   PO Box 9901,   Westbury, NY 11590-9001
10346931   TruGreen ChemLawn,   PO Box 838,   Midlothian, IL 60445-0838
10346932  +Van Ru,   PO Box 1027,   Skokie, IL 60076-8027
10346933  +Verizon,   1515 Woodfield Rd., Ste. 1400,   12th Flr.,   Schaumburg, IL 60173-5497
```

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10346922    Field's Home Improvement,   Unknown
                                                                                              TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 05, 2006          Signature:  *Joseph Speetjens*